# ALLEGHENY COUNTY.

## June Term, 1797.

### PENNSYLVANIA *v.* CHARLES KERR, RICHARD Mc ANULTY, JAMES M'ANULTY, and JOHN Mc ANULTY.

THIS was an indictment for a riot in affaulting and beating *William Stuart*.

*John M'Anulty* was an apprentice to *William Dun-ning*, and run away from his fervice. *Dunning* publifh-ed an advertifement of his efcape, offering a reward for taking and fecuring him. *Stuart* went with the adver-tifement, to the houfe of an uncle of *John M'Anulty*, about eight or nine of the clock, in the evening of the 31ft *December*, 1796; there found *John M'Anulty* in com-

pany of the others indicted; and feized *John*, on the      1797.
authority of the advertifement, as a runaway apprentice.
*Stuart* fwore, that *John M'Anulty* and the others beat,
kicked, and bruized him.

*Brackenridge*, for the defendants, objected to fhewing
the advertifement, and contended, that the mafter could
not give authority by advertifement, to take his runaway
apprentice; for " an act for the regulation of appren-   1 *St. L.* 540,
tices" points out a particular proceeding in cafe of ap-   541.
prentices abfconding.      At common law, the mafter
himfelf might take the apprentice, but could not enter
the houfe of another, and take him by violence.      Even   *Ib.* 542.
an officer with procefs cannot break open a door.      The
mafter has an action on the cafe.

*Galbraith.* This objection, which might be made by
the owner of the houfe, lies not in the mouth of the de-
fendants, who were not the owners.

PRESIDENT. If Mr. *Brackenridge* require it we will
referve the point; but, at prefent, we have little doubt.
At common law, a mafter had a right to take up his
runaway fervant; and, for this, as for any other lawful
purpofe, might enter peaceably into any houfe, unlefs
forbidden by the owner.      Any perfon with authority
from the mafter might do the fame.      If he abufe this
authority, he is anfwerable.      An advertifement is a ge-
neral authority; but he who acts under it, does fo at his
peril; that is, he runs the rifk, that the advertifement
is genuine, and that its publifher had authority.      The
domeftic authority of parents and mafters muft be fup-
ported, as effential to the peace of fociety, and contri-
buting to a due fubordination to the authority of govern-
ment.      The act of affembly does not change the common
law, but gives a further remedy.

This point was not further preffed.      But, there being
evidence for the defendants, contradicting the force
fworn to, the jury returned a verdict, not guilty.